UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CYNTHIA LOUISE RABB,**

          **Plaintiff,**

**-vs-**                                 **Case No. 6:12-cv-1562-Orl-28KRS**

**THE SCHOOL BOARD OF ORANGE COUNTY, FLORIDA,**

          **Defendant.**

_____

# ORDER

This cause is before the Court on Defendant's Motion to Dismiss Plaintiff's Verified Complaint (Doc. 8) and Plaintiff's Response and Alternative Motion for Leave to File an Amended Complaint (Doc. 12).

"A pleading that states a claim for relief must contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). "'[D]etailed factual allegations'" are not required, but "[a] pleading that offers 'labels and conclusions' or 'a formulaic recitation of the elements of a cause of action will not do.'" Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007)). "To survive a motion to dismiss, a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Id. (quoting Twombly, 550 U.S. at 570).

Although Plaintiff's Verified Complaint is brief, the Court cannot conclude that it does not comply with the foregoing pleading standards. Sufficient factual matter has been

provided to apprise Defendant of the nature of, and basis for, the claims against it. Accordingly, it is **ORDERED** and **ADJUDGED** that Defendant's Motion to Dismiss (Doc. 8) is **DENIED** and Plaintiff's Alternative Motion for Leave to File an Amended Complaint (Doc. 12) is **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida this 17th day of December, 2012.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record